IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERNANDO VILLENA,

    Petitioner,

v.    CASE NO. 5:12-cv-281-RS-EMT

KENNETH S. TUCKER,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendations (Doc. 6).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's complaint is **DISMISSED without prejudice** for failure to comply with an order of the Court.

3. The Clerk is directed to close the file.

**ORDERED** on December 14, 2012.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**